

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                     01-13-00414-CR

Style:                            Stevie Wyre

                                 **v.** The State of Texas

Date motion filed*:              September 4, 2013

Type of motion:                  Extension of time to file reporter's record

Party filing motion:             Court reporter

Document to be filed:            Reporter's record

Is appeal accelerated?        No

If motion to extend time:

    Original due date:                     July 9, 2013

    Number of previous extensions granted:        0              Current Due date: July 9, 2013

    Date Requested:                        October 4, 2013

Ordered that motion is:

    ☑        Granted

        If document is to be filed, document due**: October 4, 2013**

        ☑        **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

    ☐        Denied

    ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐        Other: _____

_____

_____

_____

_____

Judge's signature:   /s/ Jim Sharp
        ☑ Acting individually        ☐ Acting for the Court

Panel consists of        _____

Date:  September 12, 2013

November 7, 2008 Revision